UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. |
| | : | |
| | : | Magistrate No. 14-712 |
| v. | : | |
| | : | Charge: |
| | : | |
| | : | 18 U.S.C. § 1001(a)(2) (False Statement) |
| **LEONARDO SILVA,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

## INFORMATION

The United States charges:

### COUNT ONE

On or about the February 18, 2014, the defendant **Leonardo SILVA**, while in Mexico, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely certifying on a Department of Justice form that he had received no gifts or travel reimbursements in 2013 totaling more than $350 from any one source. The certification was false because, as **SILVA** then and there knew, he had flown on at least 27 private flights in 2013 and not paid the commercial value of each of these flights.

In violation of Title 18, United States Code, Section 1001(a)(2).

1

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: */s/ Matt Graves/*
Matt Graves
DC Bar No. 481052
Michelle Bradford
DC Bar No. 491910
Assistant United States Attorneys
United States Attorney's Office
555 4th Street NW
Washington, DC 20530
Room 5253 (Graves)
Room 5231 (Bradford)
(202) 252-7762 (Graves)
(202) 252-7803 (Bradford)
matthew.graves@usdoj.gov
mbradford@usa.doj.gov

RAYMOND N. HULSER
CHIEF, PUBLIC INTEGRITY SECTION

By: */s/ Robert J. Heberle/*
Robert J. Heberle
Trial Attorney
Public Integrity Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20530
(202) 514-1412
robert.heberle@usdoj.gov